# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

UNITED STATES OF AMERICA,    )
                             )
    v.                       )    CR 524-010-6
                             )
WEI SHENG DENG,              )
                             )
    Defendant.               )

## ORDER

Before the Court is Defendant's Motion for Translation of Supervised Release Documents. Dkt. No. 260. Therein, Defendant requests the Court order the U.S. Probation Office to provide Defendant with a copy of the documents related to his supervised release in his native language of Mandarin. Id. Defendant states he has very limited use of the English language, and he has required the assistance of an interpreter during all court proceedings. Id. After consideration, and for good cause shown, the motion is **GRANTED**. The U.S. Probation Office is **ORDERED** to provide Defendant with a copy of his supervised release documents in Mandarin.

**SO ORDERED** this 18 day of June, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA